IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PAUL SMITH, | No. C 09-5219 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| DERRAL ADAMS, Warden, | |
| Respondent. / | |

Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. On December 29, 2009, petitioner was served with a copy of the order to show cause at California State Prison, Corcoran, which is the address he provided in his petition and the other documents he has filed in this matter. On March 1, 2010, the order was returned to the court as undeliverable because petitioner was not at that address. Prior to the order being returned here, it was forwarded to a street address in San Pablo, California, but petitioner was not at that address either. To date, the Court has received no indication from petitioner as to his correct current address. Civil Local Rule 3-11 provides for the dismissal of an action in which a pro se party fails to notify the court of a change of address within 60 days of the date mail is returned to the court as not deliverable. As more than 60 days have passed since the above-referenced return of petitioner's mail, and petitioner has not notified the court of his correct current address, the above-titled action is hereby **DISMISSED**. The dismissal is without prejudice to petitioner's

refiling his claims in a new action in which petitioner provides his correct address and keeps that address current as required by Rule 3-11.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\SMITH5219.DSM.311.wpd

2